Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arturo Pantoja,<br><br>      Plaintiff,<br>v.<br><br>Prime Healthcare Services – Garden Grove, LLC,<br><br>      Defendant. | Case No. 8:23-cv-00716-JWH-JDE<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff Arturo Pantoja hereby notifies the Court that the parties have reached a global settlement in this case. Plaintiff will file dispositional documents no more than 60 days from today's date.

    Respectfully submitted,

    Dated: August 9, 2023

    Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorneys for Plaintiff

1
NOTICE OF SETTLEMENT