Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arturo Pantoja,<br><br>      Plaintiff,<br>v.<br><br>Prime Healthcare Services – Garden Grove, LLC,<br><br>      Defendant. | Case No. 8:23-cv-00716-JWH-JDE<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

      Plaintiff Arturo Pantoja and Defendant Prime Healthcare Services – Garden Grove, LLC hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      Respectfully submitted,

Dated: August 24, 2023              Law Office of Rick Morin, PC

                                                    _____
                                                    By: Richard Morin
                                                    Attorney for Plaintiff

Dated: August 24, 2023                         The Karlin Law Firm LLP


/s/ Dan T. Danet
By: Dan T. Danet
Attorneys for Defendant


**SIGNATURE ATTESTATION**

    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: August 24, 2023                         Law Office of Rick Morin, PC

*[signature]*

_____
Richard Morin
Attorney for Plaintiff